THE BOARD OF COMMISSIONERS OF MADISON COUNTY and Others v. BROWN.

TAXES.—INJUNCTION.—A general assessment of taxes for county purposes cannot be enjoined on the ground that the board of county commissioners contemplate an unlawful use of the funds when collected.

APPEAL from the *Madison* Circuit Court.

GREGORY, J.—The sole object of this suit was to enjoin the collection of taxes, for the year 1866, from the citizens of *Fall Creek* township, in *Madison* county. The board of

commissioners of that county, at their *June* session for 1866, made the following order; "Ordered, that there be, and there is hereby, levied on all property in the county, real and personal, ninety cents on each one hundred dollars, and one dollar and seventy-five cents on each poll, for county purposes." A demurrer to the complaint was overruled, and this is the error assigned.

In *The Board of Commissioners of Harrison County* v. *McCarty,* 27 Ind. 475, this court held that the fact that the board of commissioners contemplated an unlawful use of the county revenue levied for general purposes would not make void the order directing the levy.

The judgment of the court below is reversed, with costs, and the cause remanded, with directions to sustain the demurrer to the complaint, and for further proceedings.

*J. Davis, E. B. Goodykoontz* and *J. W. Sansberry,* for appellants.

*H. Craven* and *A. D. Williams,* for appellees.